UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-23949-SINGHAL

MARIO TOCA, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

TUTCO, INC., CARRIER CORPORATION,
and RHEEM MANUFACTURING COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal (DE [37]), filed on March 18, 2020. Plaintiff files the notice to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have filed neither an answer nor a motion for summary judgment. The Court has already dismissed with prejudice Counts I, II, III, IV, and VI. Thus, Plaintiff's notice here can voluntarily dismiss only Counts V and VII. Accordingly, it is hereby

**ORDERED** that that the Clerk of Court is directed to **CLOSE** the file. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of March 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF